1  DAYLE ELIESON
   United States Attorney
2  CRISTINA D. SILVA
   Assistant United States Attorney
3  DANIEL R. SCHIESS
   Assistant United States Attorney
4  Nevada Bar No. 5483
   CHRISTOPHER BURTON
5  Assistant United States Attorneys
   Nevada Bar No. 12940
6  DAVID N. KARPEL
   Trial Attorney, Organized Crime and Gang Section
7  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
8  PHONE: (702) 388-6336
   FAX: (702) 388-5087
9  daniel.schiess@usdoj.gov
   christopher.burton4@usdoj.gov
10 david.karpel@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:16-cr-265-GMN-CWH |
| Plaintiff, | |
| v. | **Stipulation To Continue Response Deadline as to ECF No. 1198** |
| **Pastor Fausto Palafox**, et al | |
| Defendant. | |

The United States, by and through undersigned attorney, and defendant Palafox, by and through his undersigned attorneys, stipulate the government be

given until October 29, 2018, to respond to defendant's Motion to Suppress Evidence Obtained by Unlawful Wiretaps. ECF No. 1198.[1]  The reasons are stated below.

On September 20, 2018, the Court granted the parties' stipulation to extend the defendant's filing date for his motion to suppress.  That stipulation inadvertently gave the government fourteen days to respond instead of the thirty-or-so-day period provided for responses in the latest modification to the Complex Case Order, ECF No. 689.

The government needs the additional time to respond to the motion.  The defendant filed his motion under seal on September 27, 2018, and it contains 86 pages counting the cover, table of contents, and table of authorities, and 78 pages not counting these items.  He also filed a motion for leave to file an oversize brief. ECF No. 1197. The government filed a response opposing the motion for leave.  ECF No. 1223.  As of now, neither has the defendant filed a reply nor has the Court issued its ruling.  The government believes it needs the Court's ruling on the motion for leave so it knows what it will be responding to.

The thirty-day response period would require the government to file its response on October 29, 2018, given that the thirtieth day falls on a weekend. Consistent with the amended complex case order, then defendant would then have

---

[1] Motions for joinder were filed by defendants Juarez (ECF No. 1216), Lozano (ECF No. 1243), and Gonzalez (ECF No. 1263).

2

fourteen days to file his reply. That due date would be November 13, 2018, because the fourteenth day is a Federal Holiday.

The additional time will not affect the scheduled trial date of January 28, 2019.

Respectfully submitted this 11th day of October, 2018.

> DAYLE ELIESON
> United States Attorney
>
> /s/ *Daniel R. Schiess*
> DANIEL R. SCHIESS
> CHRISTOPHER BURTON
> CRISTINA D. SILVA
> Assistant United States Attorneys
> DAVID N. KARPEL
> Trial Attorney
>
> */S/ Amy Elizabeth Jacks*
>
> BRET O. WHIPPLE
> AMY ELIZABETH JACKS
> Attorneys for Defendant PALAFOX
>
> */s/ Paola M. Armeni*
>
> PAOLA M. ARMENI
> Attorney for Defendant LOZANO
>
> */s/ Karen A. Connolly*
>
> KAREN A. CONNOLLY
> Attorney for Defendant JUAREZ
>
> */s/ Michael J. Kennedy*
>
> MICHAEL J. KENNEDY
> Attorney for Defendant GONZALEZ

# ORDER

IT IS HEREBY ORDERED that the deadline for the government to file its response to defendant's motion to suppress, ECF No. 1198, is extended from October 11, 2018, to October 29, 2018, and deadline for defendants to file his reply to the response is November 13, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: October 17, 2018