UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00265-GMN-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| PASTOR FAUSTO PALAFOX, | |
| Defendant. | |

In reviewing the docket in this matter, it has come to the court's attention that defendant Albert Lopez's motion for joinder (ECF No. 898) remains pending before the court. Lopez moves to join defendant Pastor Palafox's motion regarding trial groups (ECF No. 782). This motion for joinder should have been granted in the court's prior order (ECF No. 1335).

In reviewing the docket in this matter, it has come to the court's attention that defendant Robert Coleman's motion for joinder (ECF No. 1327) remains pending before the court. Coleman moves to join defendant Albert Lopez's reply (ECF No. 1319) to his motion for notice of expert testimony. This motion for joinder should have been granted in the court's prior order (ECF No. 1382).

Also, in reviewing the docket, it has come to the court's attention that defendant Coleman's motion for joinder (ECF No. 1329) remains pending before the court. Coleman moves to join defendant Lopez's reply (ECF No. 1320) to his motion dismiss counts one, two, and three. This motion for joinder should have been granted in the court's prior order (ECF No. 1368).

Also, in reviewing the docket, it has come to the court's attention that defendant John Chrispin Juarez's motion for joinder (ECF No. 1277) remains pending before the court. Juarez moves to join defendant Ernesto Gonzalez's reply (ECF No. 1259) to his motion to suppress cell

site location information. This motion for joinder should have been denied in the court's prior order (ECF No. 1376).

IT IS THEREFORE ORDERED that defendant Albert Lopez's motion for joinder (ECF No. 898) is GRANTED.

IT IS FURTHER ORDERED that Robert Coleman's motions for joinder (ECF Nos. 1327, 1329) are GRANTED.

IT IS FURTHER ORDERED that defendant John Chrispin Juarez's motion for joinder (ECF No. 1277) is DENIED.

DATED: May 23, 2019

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE