# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-00265-GMN-NJK[1] |
| Plaintiff, | **Order Setting Hearing** |
| v. | (Docket Nos. 2119, 2142) |
| JOHN CHRISPIN JUAREZ, | |
| Defendant. | |

On February 24, 2020, Defendant John Chrispin Juarez filed a motion to reopen his detention hearing, which is fully briefed. Docket Nos. 2119, 2127, 2129, 2132.[2] On March 3, 2020, however, the parties filed a stipulation requesting a reopened detention hearing. Docket No. 2142.

Accordingly, the Court **GRANTS** the parties' stipulation. Docket No. 2142. The Court **SETS** a reopened detention hearing for March 10, 2020, at 10:00 a.m., in Courtroom 3C. The Court **DENIES** Defendant's motion to reopen his detention hearing, Docket No. 2119, as moot.

IT IS SO ORDERED.

DATED: March 3, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

---

[1] On August 6, 2019, the instant case was reassigned to the undersigned and the Court ordered that "[a]ll further documents must bear the correct case number **2:16-cr-00265-GMN-NJK**." Docket No. 1769 (emphasis in original). Despite this order, counsel used the incorrect case number in filing the instant documents. Docket Nos. 2119, 2127, 2132, 2134, 2142. Counsel is again **ORDERED** to use the correct case number in all filings.

[2] Defendant repeatedly calls the judge who issued the original detention order a "magistrate." Docket No. 2132 at 3, 4. Judge Rosenbluth is not a "magistrate" and, indeed, there have been no "magistrates" in the federal system for more than a quarter century. *See, e.g.*, *Taddeo v. American Invsco Corp.*, 2015 WL 751072, *2 n.2 (D. Nev. Feb. 20, 2015) (discussing *Williams v. City of Mesa*, 2010 WL 2803880, *2 n.1 (D. Ariz. July 15, 2010)). When parties choose to use titles in filings before this Court, the Court expects them to use correct titles.