KAREN A. CONNOLLY
**KAREN A. CONNOLLY, LTD.**
6600 W. Charleston Blvd., Ste. 124
Las Vegas, NV 89146
Telephone: (702) 678-6700
Facsimile: (702) 678-6767
E-Mail: advocate@kconnollylawyers.com
*Attorney for Defendant, John Chrispin Juarez*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:16-cr-0265-GMN-NJK-23 |
| Plaintiff, | **STIPULATION TO MODIFY RELEASE CONDITIONS** |
| vs. | |
| JOHN CHRISPIN JUAREZ, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Daniel Schiess, Assistant United States, counsel for the United States of America, Karen A. Connolly, counsel for Defendant John Chrispin Juarez that the conditions for release ordered be modified in the following way:

Conditions of Defendant, John Chrispin Juarez's release include travel restricted to the Southern District of California . He may only travel to the District of Nevada for the purpose of Court and case preparation purposes. Since Juarez actually resides in Southern District of California, as opposed to the Central District of California, the conditions of release should be modified to reflect his actual domicile.

DATED this 12 day of March, 2020.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States of America | KAREN A. CONNOLLY, LTD. |
| */s/ Daniel Schiess*<br>DANIEL SCHIESS<br>*Counsel for Plaintiff* | */s/ Karen A. Connolly*<br>KAREN A. CONNOLLY<br>*Counsel for Defendant, John Chrispin Juarez* |

/ / /

Stip to Modify Conditions.kac.wpd

1

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JOHN CHRISPIN JUAREZ,

Defendants.

CASE NO.: 2:16-cr-0265-GMN-NJK-23

ORDER

## ORDER

IT IS HEREBY ORDERED that the conditions of Defendant, John Chrispin Juarez's release are modified to reflect that his travel is restricted to the Southern District of California, not the Central District of California. All other conditions of release remain. Docket No. 2158.

IT IS SO ORDERED.

DATED: March 16, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE