## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: 2:16-cr-00265-GMN-NJK |
| vs. | ) |
| | ) **ORDER EXONERATING BONDS** |
| ANDREW ELOY LOZANO, *et al.*, | ) |
| Defendants. | ) |

On April 23, 2020, the Court issued an Amended Order of Dismissal, (ECF No. 2216), as to Defendants Andrew Eloy Lozano, Victor Adam Ramirez, John Walter Henderson, Robert Alan Coleman, Paul Jeffrey Voll, John Joseph Siemer, Edward Claridan Chelby, Johnny Russell Neddenriep, Bert Wayne Davisson, Matthew Keith Dunlap, and John Chrispin Juarez.

Accordingly,

**IT IS HEREBY ORDERED** that the bonds as to Defendants Lozano, Ramirez, Henderson, Coleman, Voll, Siemer, Chelby, Neddenriep, Davisson, Dunlap, and Juarez are **EXONERATED**.

**DATED** this __17__ day of April, 2020.

_____
Gloria M. Navarro, Judge
United States District Court